UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HISTORIC BAR ROOM LLC, et al., <br><br> Defendants. | CASE NO.: 6:25-cv-00537-GAP-RMN |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COMES NOW Plaintiff Joe Hand Productions, Inc. ("Plaintiff") by and through its attorneys and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants Historic Bar Room LLC d/b/a Historic Bar Room and Griselda V. Frias (hereinafter "Defendants") because Defendants have failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

**EVIDENCE RELIED UPON**

This motion is based upon the Declaration of Brian T. Giles, the Declaration of Joseph P. Hand, III, the Affidavit of Andrew J. Belich, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the Rate Card for the *Ultimate Fighting Championship® 264: Dustin Poirier vs. Conor McGregor 3* broadcast, the Commercial Licensing Agreement for the *Ultimate Fighting Championship® 264: Dustin Poirier vs. Conor McGregor 3* broadcast and the pleadings and records on file with the court in this action.

## BACKGROUND AND ARGUMENT

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendants for misappropriation of the *Ultimate Fighting Championship® 264: Dustin Poirier vs. Conor McGregor 3* broadcast, scheduled for July 10, 2021, in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.* Plaintiff served the Summons and Complaint upon Defendant Historic Bar Room LLC on April 22, 2025 and Defendant Griselda V. Frias on April 28, 2025. *See* Doc. Nos. 9-10.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint. Accordingly, Defendant Historic Bar Room LLC was required to file an answer no later than May 13, 2025 and Defendant Griselda V. Frias was required to file an answer no later than May 19, 2025. Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint. Upon the failure of the Defendants to timely file a responsive pleading, a Motion for Entry of Default against Defendants was filed on June 18, 2025. *See* Doc. No. 12. On June 20, 2025, Default was entered against Defendants. *See* Doc. Nos. 14-15. Plaintiff now files the instant Motion for Default Judgment. Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

## CONCLUSION

Over 21 days have passed since Defendants were served with the Summons and Complaint. Defendants have not answered and no counsel has entered an appearance in this Court on their behalf. Default was entered against Defendants Historic Bar Room LLC d/b/a Historic Bar Room and Griselda V. Frias on June 20, 2025. Accordingly, the Plaintiff is entitled to a Judgment on Default. A proposed Order is attached herewith.

Dated: 7/7/25

Respectfully submitted,

GILES & HARPER, LLC

/s/ Brian T. Giles
Brian T. Giles (FLA Bar No. 0929751
7247 Beechmont Ave.
Cincinnati, Ohio 45230
513-379-2715;
bgiles@gilesharper.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| - against - | CASE NO.: 6:25-cv-00537-GAP-RMN |
| HISTORIC BAR ROOM LLC, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Motion for Default Judgment was served on the 7th day of July, 2025, via First Class US MAIL, postage prepaid on the parties below:

Griselda V. Frias
Historic Bar Room LLC
2510 Ronald Reagan Blvd.
Longwood, FL 32750

Dated: 7/7/25

Respectfully submitted,

GILES & HARPER, LLC

/s/ Brian T. Giles
Brian T. Giles (FLA Bar No. 0929751
7247 Beechmont Ave.
Cincinnati, Ohio 45230
513-379-2715;
bgiles@gilesharper.com